February 1, 1966

## Berran Unemployment Compensation Case.

Argued December 14, 1965. *Wesley J. Berran*, claimant, appellant, in propria persona; *Sydney Reuben*, Assistant Attorney General, with him *Walter E. Alessandroni*, Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.

## Bono *v.* Curcio, Appellant.

Argued December 13, 1965. *Ralph P. Higgins*, with him *Harper, George, Buchanan and Driver*, for appellant; *Irvin Siegel*, with him *Gerald Gornish*, for appellee.

Judgment affirmed.

FLOOD and HOFFMAN, JJ., absent.

## Broskey, Appellant, *v.* Ford.

Argued December 13, 1965. *Charles F. Quinn*, with him *Sheer & Mazzocone*, for appellant; *Raymond J. Porreca*, for appellees.

Order affirmed.

FLOOD, J., absent.